Lawrence E. Tofel, Esq. (Pro Hac Vice)
**LAWRENCE E. TOFEL, P.C.**
163 Washington Ave., Ste 5B
Brooklyn, New York 11205
E: letofel@tofellaw.com

Former Attorneys for Plaintiff,
JEFFREY A. RINDE

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Case No. 2:17-bk-12392-BR |
| **MARK ELIAS CRONE,** | ) |
| | ) Chapter 7 |
| Debtor. | ) Adv. No. 2:17-ap-01311-BR |
| _____ | ) |
| **JEFFREY A. RINDE,** | ) **NOTICE OF DISASSOCIATION OF COUNSEL** |
| Plaintiff, | ) |
| v. | ) |
| **MARK ELIAS CRONE,** | ) |
| Defendant. | ) |
| _____ | ) |

///

///

///

- 1 -

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Lawrence E. Tofel, Esq. of Lawrence E. Tofel, P.C. hereby disassociates as counsel of record for Plaintiff Jeffrey A. Rinde.

Please communicate all correspondence and pleadings to counsel of record for Jeffrey A. Rinde, Friedman Law Group, P.C.

DATED: February 9, 2018        **LAWRENCE E. TOFEL, P.C.**

By: _/s/ Lawrence E. Tofel_
LAWRENCE E. TOFEL, ESQ.
Former Attorney for Jeffrey A. Rinde

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF DISASSOCIATION OF COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/12/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Howard M Ehrenberg (TR)**   ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- **J. Bennett Friedman**   jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
- **Eric A Puritsky**   eric@puritskylaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/12/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/12/2018 | Jackeline Martinez | /s/Jackeline Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                           **F 9013-3.1.PROOF.SERVICE**

**VIA FIRST CLASS MAIL**

V. James DeSimone Law
c/o V. James DeSimone, Esq.
13160 Mindanao Way, Ste 280
Marina del Rey, CA 90292

Mark Elias Crone
c/o Theresa Mains, Esq.
Theresa Mains Law
2251 N. Rampart Blvd., Ste 102
Las Vegas, NV 89128

David M. Goodrich, Esq.
Steven F. Werth, Esq.
Sulmeyer Kupetz
333 South Hope Street, 35th Floor
Los Angeles, CA 90071

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**