Theresa Mains, Esq. (Nevada Bar 13373)
Admitted Pro Hac Vice
2251 N. Rampart Blvd. #102
Las Vegas, NV 89128
(954)520-1775; Fax: (702)852-1127
Theresa@TheresaMainsPA.Com
*Attorney for Debtor/Defendant Mark Elias Crone*

FILED & ENTERED

APR 17 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-12392-BR |
| MARK ELIAS CRONE, | Chapter 7 |
| Debtor. | Adv. No. 2:17-ap-01311-BR |
| JEFFREY RINDE | **ORDER DENYING DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** |
| Plaintiff, | |
| vs. | **Hearing Date and Time:** |
| MARK CRONE, | Date: February 13, 2018 |
| Defendant. | Time: 2:00 p.m. |
| | Place: Courtroom 1668 |
| | Royal Federal Building |
| | 255 East Temple Street |
| | Los Angeles, California 90012 |

A hearing was held on February 13, 2018 at 2:00 p.m. on Defendant Mark Crone's Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) ("Motion") [Docket No. 55]. Appearances were made for Plaintiff and Defendant as reflected in the Court's record.

The Court, having considered the Motion, and all documents filed in support of or in

opposition thereto and the record in the case, and for the reasons stated on the record:

　　　IT IS HEREBY ORDERED:

　　　1.　　The Motion is DENIED as to the FIRST CLAIM FOR RELIEF and Plaintiff may only seek a determination of non-dischargeability regarding the $175,000 loan and the stock certificate.

　　　2.　　The Motion is DENIED as to the SECOND CLAIM FOR RELIEF and Plaintiff may only seek a determination of non-dischargeability regarding the stock certificate and the personal property in CKR Law's apartment (e.g., computers, coffee machine and other items set forth in the complaint).

　　　3.　　The Motion is DENIED as to the THIRD CLAIM FOR RELIEF and Plaintiff may only seek a determination of non-dischargeability regarding the $175,000 loan, the stock certificate and the personal property in CKR Law's apartment (e.g., computers, coffee machine and other items set forth in the complaint).

###

Date: April 17, 2018

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge