Theresa Mains, Esq.
*Admitted Pro Hac Vice*
Nevada Bar 13373
2251 N. Rampart Blvd. #102
Las Vegas, NV  89128
954-520-1775/ Fax 702-852-1127
Theresa@TheresaMainsPA.Com

*Former Attorney for Debtor/Defendant Mark Crone*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MARK ELIAS CRONE,<br><br>    Debtor;<br><br>―――――――――――――<br><br>JEFFREY RINDE<br><br>    Plaintiff,<br><br>vs.<br><br>MARK ELIAS CRONE, an Individual<br><br>    Defendant. | CASE NO: 2:17-bk-12392-BR<br><br>Chapter 7<br><br>Adv. No. 2:17-ap-01311-BR<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MARK CRONE**<br><br>**Date:**  **June 26, 2018**<br>**Time:**  **2:00 p.m.**<br>**Place:**  Courtroom 1668<br>         Royal Federal Building<br>         255 East Temple Street<br>         Los Angeles, California 90012 |

-1-

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Theresa Mains, Attorney for Defendant Mark Crone, admitted by permission under LBR 2090-1(b) with James DeSimone, Esq., designated as local counsel as per LBR 2090-1(b)(3) withdraws the Motion to Withdraw as Counsel filed on May 19, 2018 [ECF 77].

Such withdrawal is made due to the Substitution of Counsel has been filed and a new attorney has substituted in the place and stead of former attorney Theresa Mains, *admitted pro hac vice*.

Dated: June 9, 2018

                                                Respectfully submitted,

                                                /s/Theresa Mains
                                                Theresa Mains, Esq.
                                                2251 N. Rampart Blvd., Suite 102
                                                Las Vegas, Nevada 89128
                                                Theresa@TheresaMainsPA.com