| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A Cohen (SBN 93698)<br>leslie@lesliecohenlaw.com<br>Jaime Williams (SBN 261148)<br>jaime@lesliecohenlaw.com<br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd. Suite 200<br>Santa Monica, CA 90401<br>T: 310.394.5900<br>F: 310.394.9280<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Debtor and Defendant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>MARK ELIAS CRONE<br><br>Debtor(s). | CASE NO.: 2:17-bk-12392-BR<br>CHAPTER: 7<br>ADVERSARY NO.: 2:17-ap-01311-BR |
|---|---|
| JEFFREY A. RINDE<br><br>Plaintiff(s),<br>vs.<br><br>MARK ELIAS CRONE<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion[1]*): _____<br>STIPULATION TO EXTEND DISCOVERY CUTOFF |

PLEASE TAKE NOTE that the order or judgment titled ORDER APPROVING STIPULATION TO EXTEND DISCOVERY CUTOFF

was lodged on (*date*) 6/19/18 and is attached. This order relates to the motion which is docket number 91.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

```
 1 | Leslie A. Cohen, Esq. (SBN: 93698)
   |         leslie@lesliecohenlaw.com
 2 | J'aime K. Williams Esq. (SBN 261148)
   |         jaime@lesliecohenlaw.com
 3 | LESLIE COHEN LAW, PC
   | 506 Santa Monica Blvd., Suite 200
 4 | Santa Monica, CA 90401
   | Telephone:  (310) 394-5900
 5 | Facsimile:  (310) 394-9280
 6 | Attorneys for Debtor And Defendant Mark Crone
```

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-12392-BR |
| MARK ELIAS CRONE, | Adv. No.: 2:17-ap-01311-BR |
| Debtor | Chapter 7 |
| JEFFREY A. RINDE, | **ORDER APPROVING STIPULATION TO EXTEND DISCOVERY CUTOFF** |
| Plaintiff, | |
| v. | Previous Discovery Cut-Off: July 13, 2018 |
| MARK ELIAS CRONE, | |
| Defendant | Continued Discovery Cut-Off: August 27, 2018 |

The Court having considered the Stipulation to Extend Discovery Cutoff (the "**Stipulation**") [Docket No. 91], and the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefore:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is approved;
2. The current discovery cutoff date of July 13, 2018, is hereby extended through and including August 27, 2018;
3. The Discovery Motion[1] is deemed withdrawn without prejudice and the Discovery Motion Hearing is hereby taken off the Court's calendar;
4. Any evidence obtained through discovery by either Party in this Adversary may also be used in the pending adversary proceedings *CKR Global Advisors, Inc. v. Crone* (Adv. Case No. 2:17-bk-01309-BR) and *CKR Law, LLP v. Crone* (Case No. 2:17-ap-01310-BR).

# # #

---

[1] All capitalized terms not defined herein shall have the same meaning as in the Stipulation.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/19/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
J. Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 6/19/18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Barry Russell U.S. Bankruptcy Court 255 E. Temple St. Los Angeles, CA 90012

J. Bennett Friedman, Esq. Michael Sobkowiak, Esq.
FRIEDMAN LAW GROUP, P.C.
1900 Avenue of the Stars, 11th Fl.
Los Angeles, California 90067

United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/19/18 | Allie Kiekhofer | /s/ Allie Kiekhofer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**