**FILED**

MAY 31 2018

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

## UNITED STATES BANKRUPTCY APPELLATE PANEL

### OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No.   CC-18-1113 |
| MARK ELIAS CRONE, | Bk. No.   2:17-bk-12392-BR |
| Debtor. | Adv. No.  2:17-ap-01311-BR |
| JEFFREY A. RINDE, | |
| Appellant, | |
| v. | **ORDER DISMISSING APPEAL** |
| MARK ELIAS CRONE, | |
| Appellee. | |

Before:  FARIS, SPRAKER, and TAYLOR, Bankruptcy Judges.

The Panel received and considered appellant's motion to voluntarily dismiss this appeal.  See Fed. R. Bankr. P. 8023. Appellant represent's that appellee does not oppose the motion.

Therefore, the motion is GRANTED and this appeal is hereby ORDERED DISMISSED.  Each side will bear its own costs.

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk
DATE 6/22/18